## TOWN OF NEWTOWN *v.* TRUDEAU SERVICE CENTER, INC., ET AL.
### (AC 19198)

Schaller, Pellegrino and Dupont, Js.

Argued April 25—officially released May 30, 2000

Per Curiam. The judgment is affirmed.

## HERBERT PRIOLEAU *v.* COMMISSIONER OF CORRECTION
### (AC 18930)

Lavery, C. J., and Foti and Dupont, Js.

Argued May 2—officially released May 30, 2000

Per Curiam. The appeal is dismissed.

## WILLIAM F. VAN ECK ET AL. *v.* NATIONWIDE MUTUAL INSURANCE COMPANY
### (AC 18190)

Hennessy, Zarella and Pellegrino, Js.

Argued May 9—officially released May 30, 2000

Per Curiam. The judgment is affirmed.